UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEATRIZ DIAZ,

                      Plaintiff,

      -against-

SCHINDLER ELEVATOR CORP.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/30/2024__

24 Civ. 2831 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      For the reasons described in the Court's April 17, 2024 order, ECF No. 10, this matter is REMANDED to the Supreme Court of New York, Bronx County. *See* ECF No. 11. Any pending motions are moot and all deadlines and conferences are vacated. The Clerk of Court is directed to remand the action and close the case.

      SO ORDERED.

Dated: April 30, 2024
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge