# LITCHFIELD
### Attorneys at Law CAVO LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___5/8/2025___

**Brian S. Gitnik**
Email: gitnik@litchfieldcavo.com

May 7, 2025

**VIA ECF**
Magistrate Court Judge Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

        Re:        *Beatriz Diaz v. Schindler Elevator Corporation*
                  Docket No.:   1:24-cv-02831 (AT)

Dear Judge Moses:

    Litchfield Cavo, LLP represents defendant Schindler Elevator Corporation ("Schindler") in connection with the above-referenced matter. We are scheduled to appear before your Honor next Wednesday, May 14, 2025 at 2:15 for an in-person settlement conference. I am writing to seek a 30-45 day adjournment of the conference due to a conflict that has arisen in connection with a personal matter that I cannot get out of.

    I have conferred with plaintiff's counsel (copied here) and although he is consenting to our request for an adjournment, he has indicated that he would prefer the conference is scheduled for the last week of May, not to the 30-45 days I am looking for.

    The parties appreciate the Court's consideration of this request, and should your Honor require anything further, please feel free to reach out at your convenience.

    This case, 24 Civ. 2831, has been remanded to the Supreme Court of New York, Bronx County. ECF No. 12. It appears that Schindler Elevator Corporation has mistakenly filed this letter, ECF No. 15, in 24 Civ. 2831 rather than 24 Civ. 4602. Accordingly, the Court shall take no action on the letter. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 15.

SO ORDERED.

Dated: May 8, 2025
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge